UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT S. PETERSON,<br><br>             Plaintiff(s),<br><br>    v.<br><br>JOSEPH TURNER,<br><br>             Defendant(s). | CASE NO. C24-5697-KKE<br><br>ORDER |

Plaintiff, proceeding *pro se*, filed a proposed complaint on August 26, 2024, without either paying the filing fee or applying to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. The Court instructed Plaintiff to either pay the fee or complete an IFP application by September 25, 2024. Dkt. No. 3. The Court also noted that Plaintiff had not submitted required Copyright/Patent/Trademark forms when the case was opened. *Id*.

Plaintiff did not either pay the filing fee or file an IFP application by September 25, 2024, and Plaintiff has not submitted the required forms, either. Because Plaintiff has failed to cure the filing deficiency in accordance with the Court's order, the clerk is directed to close this case.

Dated this 2nd day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER - 1